UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JONATHAN SHEPHERD MEDLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | No.  2:16-CV-0026-JTR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' stipulated motion for remand of the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 16 & 17. Attorney Dana C. Madsen represents Plaintiff; Special Assistant United States Attorney Tina R. Saladino represents Defendant.  The parties have consented to proceed before a magistrate judge.  ECF No. 6.  After considering the file, and proposed order,

**IT IS ORDERED:**

　　1.　　The parties' Stipulation For Voluntary Remand, **ECF No. 16 & 17**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

　　On remand, the administrative law judge (ALJ) shall conduct further proceedings as appropriate and issue a new decision.  The ALJ will reevaluate the severity of Plaintiff's conditions at step two of the sequential evaluation process

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 1

1 and take any other actions necessary to develop the record.  Plaintiff may submit
2 additional evidence and argument.
3     2. Judgment shall be entered for **PLAINTIFF**.
4     3. Plaintiff's Motion for Summary Judgment, **ECF No. 15**, is
5 **STRICKEN AS MOOT**.
6     4. An application for attorney fees may be filed by separate motion.
7 The District Court Executive is directed to enter this Order, forward copies
8 to counsel, and **CLOSE THE FILE**.
9 DATED September 19, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 2