# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JONATHAN SHEPHERD MEDLEY,

    *Plaintiff*

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    *Defendant*

Civil Action No. 2:16-CV-00026-JTR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Stipulation For Voluntary Remand, ECF No. 16 & 17, is GRANTED and case is REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment shall be entered for PLAINTIFF.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge John T. Rodgers on a motions for remand.

Date: September 19, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Pam Howard
    *(By) Deputy Clerk*
Pam Howard